UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

|  |  |  |
|---|---|---|
| KRISTEN MADISON DAY | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:05-CV-300 |
|  | ) | Judge Curtis L. Collier |
| THE KRYSTAL COMPANY | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons stated in the accompanying memorandum, the Court **GRANTS** Defendant's motion for summary judgment (Court File No. 22). Furthermore, the Court **DISMISSES** Plaintiff's wage discrimination claim under the THRA. Accordingly, this action is **DISMISSED** and the Clerk is directed to close the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *Patricia L. McNutt*
  CLERK OF COURT